# Roe, (Sarah Best, Tenant in Possession,) *vs* Miller *et al.*

EJECTMENT.

APPEAL FROM THE MADISON CIRCUIT.

*Judgment by default. Ejectment. Femes covert. Error Coram vobis.*

Case 72.

JUDGE EWING delivered the Opinion of the Court.

April 28.

SARAH BEST, the tenant in possession, being *sole* when the ejectment was instituted, though she married before the judgment was rendered, and was at the time of its rendition a married woman, has no right, on that ground,

If *feme sole*, tenant in possession, be served with declaration in ejectment, and notice, it is not

CALDWELL'S EX.
vs
KINKEAD et al.

error to render
judgment by de-
fault, agaist her,
though she may
marry before
judgment.
to set aside the judgment. Her marriage was her own *voluntary act*, and by it she had no right even to abate the suit of the plaintiff below, which was properly instituted, much less to set aside a judgment which had been obtained by a writ of error *coram vobis*.

Judgment affirmed.

*Caperton* for appellant: *Turner and Owsley* for appellees.